DX-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN THE MATTER OF:

JEFFREY S. CARTER and  Case No.: 08-13643-MAM
LAURA V. CARTER  Chapter 13

Debtors.

## RELEVANT CASE HISTORY

1. February 25, 2008: Debtors purchased mobile home from Wayne Frier Home Center.

2. September 4, 2008: Foreclosure commenced.

3. September 12, 2008: Debtors requested mediation.

4. September 19, 2008: Debtors notified Wayne Frier Home Center of rejection of acceptance of mobile home.

5. September 26, 2008: Debtors' bankruptcy was filed.

6. November 12, 2008: Debtors filed adversary proceeding.

7. January 23, 2009: Motion to Compel Arbitration filed in adversary proceeding (Doc. 10).

8. March 9, 2009: Motion to Compel Arbitration was granted.

9. March 16, 2009: Chapter 13 Plan confirmed. (Doc. 35).

10. April 30, 2009: Motion for Relief from Stay was filed by Frier Finance.

11. May 7, 2009: Motion to Amend Plan and Schedule filed (Underwood, Doc. 43).

12. May 15, 2009: Motion for Relief was granted in part.

Respectfully submitted this 5th day of August 2009.

EXHIBIT
Debtor 1

/s/ Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR. (UNDEE6591)
Attorney for Debtors
Law Offices of Earl P. Underwood, Jr.
P.O. Box 969
Fairhope, Alabama 36532
(251) 990-5558
epunderwood@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served upon the following by United States Mail, postage prepaid and properly addressed or by electronic mail on this the 5th day of August 2009.

John C. McAleer, III, Trustee
P. O. Box 1884
Mobile, AL 36633

Jeffrey and Laura Carter
25631 US Highway 90
Robertsdale, AL 36567

Allyson C. Pearce
PO Box 609
Foley, AL 36536-0609

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.