IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFREY and LAURA CARTER

       Plaintiffs,

CASE NO.:08-13643-13

v.

AP NO.: 08-01087

WAYNE FRIER HOME CENTER OF
PENSACOLA, LLC; LIVE OAK
HOMES, LTD; FRIER FINANCE, INC.;

       Defendants.

## ORDER APPROVING SETTLEMENT

Debtors moved the Court for the entry of an order approving the settlement of their

pending lawsuit. After notice, the matter came on for hearing before the undersigned Bankruptcy

Judge on June 22nd 2010. Appearances were as noted in the record. After having considered the

proffer of the Debtors regarding the proposed settlement the court finds as follows:

       1.     Wayne Frier Home Center of Pensacola, LLC and Plaintiffs

have agreed to settle the dispute between them for a payment to the

Carters of $10,000.00.

       2.     Furthermore, Live Oak Homes, LLC has agreed to pay an

additional $10,000.00 to settle the dispute between it and the Carters.

       3.     The dispute with Frier Finance, Inc. will be settled by a

reformation of their purchase agreement, note and mortgage at issue

Case 08-01087  Doc 31  Filed 07/15/10  Entered 07/15/10 10:59:06  Desc Main
Case 08-13643  Doc 103  Filed 07/15/10  Entered 07/26/10 10:14:59  Desc Main
Document    Page 1 of 3

herein as follows:

a. Principal amount will be $119,000.00 with a down payment of $10,000.00;

b. Funds from Wayne Frier Home Center will be used for the down payment;

c. The remaining principal, in the amount of $109,000.00, will be financed for 30 years at 7.9%. The debtors' first monthly payment of approximately $792.22 will be due August 1st 2010, except no payment shall be due earlier than 5 days after Wayne Frier Home Center has made the payment mentioned above;

d. The debtors will execute any and all documents necessary finalize the terms of this settlement. This includes, but is not limited by the reformed mortgage, all documents necessary for the perfection of that mortgage on the real property and the lien of Frier on the mobile home, and any other documents necessary to carry out and effectuate the terms of this settlement and the loan, as modified between Frier and the debtors.

e. Frier Finance will delete any adverse credit reporting related to the debtors, if any;

f. Funds received from Live Oak Homes, LTD will be used for Earl P. Underwood, Jr. and George R. Irvine's attorney fees and reimbursement of expenses.

Having considered the terms of the settlement and there being no objection the Court approves the settlement finds it fair, reasonable and in the best interests of the Estate. The Debtors are authorized to execute the necessary documents, releases, and other instruments required to complete settlement.

Dated:   July 15, 2010

_____
MARGARET A. MAHONEY
CHIEF U.S. BANKRUPTCY JUDGE