UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

JEFFREY S. CARTER
LAURA V. CARTER                                            Case No. 08-13643-MAM-13

Debtors.

## ORDER

This matter is before the Court *sua sponte*. On June 22, 2010 this Court held a hearing on the Application for Compensation filed by Earl P. Underwood, Jr., the Attorney for the Debtors and Motion to Approve Settlement/Distribution filed by the Debtors. Notice of a hearing was given and appearances noted in the record. At said hearing, the Court granted the application and the motion and instructed Earl P. Underwood, Jr., counsel for the Debtors, to submit a proposed orders to the Court. To date, no such orders have been received. Therefore, the Court determines that Earl Underwood, counsel for the Debtors, should appear and show cause as to why he has failed or refused to submit said orders to the Court. It is hereby

ORDERED that the following person

**Earl P. Underwood, Jr., counsel for the Debtors**

shall appear before this Court on **SEPTEMBER 15, 2010 AT 8:30 A.M., COURTROOM 2, U.S. BANKRUPTCY COURT, 201 ST. LOUIS STREET, MOBILE, ALABAMA** and SHOW CAUSE as to why he has failed or refused to submit a proposed order to the Court.

Dated:   August 27, 2010

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE